BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile:  (415) 436-6748
kimberly.friday@usdoj.gov

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
SARA MCLEAN
S. CHARTEY QUARCOO
Trial Attorneys, Civil Division
601 D Street, NW, Room 10312
Washington, D.C. 20004
Telephone: (202) 305-4589
Facsimile: (202) 514-0280
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN H. FULLERTON and STATE OF CALIFORNIA, *ex rel.* JOHN H. FULLERTON,<br><br>             Plaintiffs,<br><br>       v.<br><br>JOEL SKLAR, *et al.*,<br><br>             Defendants. | Case No. C 14-03274 EDL<br><br>CONSENT TO DISMISSAL; [PROPOSED] ORDER<br><br>**FILED UNDER SEAL** |

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action without prejudice to the United States.  The United States has conferred with Steve Block, Deputy

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 14-03274 EDL

Attorney General for the State of California. Mr. Block has represented to the United States that the State of California also consents to dismissal of this action without prejudice.

The United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) Relator's Notice of Dismissal; and (5) this Consent to Dismissal and Proposed Order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon defendants. The United States and the State of California do not object to Relator's request to keep the action under seal until September 30, 2015.

A proposed order accompanies this notice.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General, Civil Division

BRIAN J. STRETCH
Acting United States Attorney

Dated: September 17, 2015        By: /s/ Kimberly Friday
                                     KIMBERLY FRIDAY
                                     Assistant United States Attorney

Dated: September 17, 2015        By: /s/ Charvey Quarcoo
                                     S. CHARVEY QUARCOO
                                     Civil Division, Department of Justice

Dated: September 17, 2015        By: /s/ Steve Block
                                     STEVE BLOCK
                                     Deputy Attorney General
                                     Office of the Attorney General for the State
                                     of California

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 14-03274 EDL                                       2

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that S. Chartey Quarcoo and Steve Block have concurred in the filing of this document.

DATED: September 17, 2015

BRIAN J. STRETCH
Acting United States Attorney

*Kimberly Friday*
KIMBERLY I. FRIDAY
Assistant United States Attorney

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 14-03274 EDL                              3

## [PROPOSED] ORDER TO UNSEAL

The United States and the State of California having consented to dismissal of this action without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, Relator's Notice of Dismissal, this Order, and the accompanying Consent to Dismissal are hereby unsealed.

2. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: September 25, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge

CONSENT TO DISMISSAL; [PROPOSED ORDER]
No. 14-03274 EDL                4